UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DAVID ENTO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUDGE POLAND, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00247-NONE-EPG<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION BE DISMISSED, WITHOUT PREJUDICE<br><br>OBJECTIONS, IF ANY, DUE WITHIN THIRTY (30) DAYS |

　　　　On February 19, 2020, Christian David Ento, proceeding *pro se*, filed this civil action. (ECF No. 1). Plaintiff has not filed anything since the complaint, including any request for leave to proceed *in forma pauperis* (IFP). Accordingly, on November 2, 2021, the Court ordered him to submit an IFP application or pay the filing fee within forty-five days. (ECF No. 2). The Court warned him that, "[f]ailure to comply with this order will result in dismissal of this action." (*Id.* at 1).

　　　　The forty-five-day period has expired, and Plaintiff has failed to submit an IFP application, pay the filing fee, or otherwise respond to the Court's order.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that:

　　　　1.　　This action be dismissed, without prejudice, for Plaintiff's failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or to file an application to proceed *in forma pauperis* pursuant to

1

28 U.S.C. § 1915; and

    2.    The Clerk of Court be directed to close this case.

    3.    Alternatively, if Plaintiff files an IFP application or pays the filing fee within thirty (30) days, this Court will vacate these findings and recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty (30) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

    Dated:   **January 3, 2022**         /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE