1
2
3
4
5
6
7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 CHRISTOPHER DAVID ENTO, | ) | Case No.: 1:20-cv-0247 JLT EPG |
| 12               Plaintiff, | )<br>) | ORDER ADOPTING IN FULL THE FINDINGS<br>AND RECOMMENDATIONS DISMISSING THE |
| 13        v. | ) | ACTION WITHOUT PREJUDICE |
| 14 JUDGE POLAND, et al., | )<br>) | (Doc. 4) |
| 15               Defendants. | )<br>) | |

17    Christopher David Ento initiated this action by filing a complaint for a violation of his civil

18 rights on February 19, 2020. (Doc. 1.)  However, Plaintiff failed to pay the Court's filing fee or file a

19 motion to proceed *in forma pauperis*.  Therefore, on November 2, 2021, the magistrate judge ordered

20 Plaintiff to apply to proceed *in forma pauperis* or pay the filing fee. (Doc. 2.)  After Plaintiff failed to

21 comply with the Court's order, the magistrate judge recommended the complaint be dismissed without

22 prejudice on January 3, 2022. (Doc. 4.)

23    The Court granted Plaintiff thirty days from the date of service to file objections to the

24 recommendation of the Magistrate Judge. (Doc. 4 at 2.)  The Court also advised Plaintiff "that failure

25 to file objections within the specified time may result in the waiver of rights on appeal." (*Id*., citing

26 *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)).  By the deadline of February 7, 2022,

27 Plaintiff did not file objections, apply to proceed *in forma pauperis,* pay the filing fee or respond

28 otherwise. Thus, according to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist*.,

1

708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case.  Having carefully reviewed the matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated January 3, 2022 (Doc. 4) are **ADOPTED IN FULL**.
2. Plaintiff's complaint is **DISMISSED** without prejudice; and
3. The Clerk of Court is **DIRECTED** to close this action, because this Order terminates the matter in its entirety.

IT IS SO ORDERED.

Dated:   **February 24, 2022**

UNITED STATES DISTRICT JUDGE